UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Deandre Sedrick Dale, et al.,

    Plaintiffs,

v.

Thunder Transport, et al.,

    Defendants,
_____/

Hon. Paul L. Maloney

Case No. 1:16-cv-00419

REPORT AND RECOMMENDATION

This matter is before the Court on Defendants' Motion for Dismissal of Plaintiff Deondre Dale's Claims (ECF No. 35), which was referred to the undersigned by the Honorable Paul L. Maloney for report and recommendation under 28 U.S.C. §636(b)(1)(B). At a settlement conference held September 28, 2017, defendants and plaintiff Dale agreed to settle their dispute. As such, the motion should be dismissed as moot.

Date: September 29, 2017

    /s/ Ellen S. Carmody
    ELLEN S. CARMODY
    U.S. Magistrate Judge

    OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within 14 days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).