UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEANDRE SEDRICK DALE, et al.,

     Plaintiffs,

                                          Case No. 1:16-cv-419

v.

                                          HONORABLE PAUL L. MALONEY

THUNDER TRANSPORT, et al.,

     Defendants.

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action (ECF No. 44). The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 44) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Dismissal of Plaintiff Deondre Dale's Claims (ECF No. 35) is DISMISSED AS MOOT.


Dated: October 16, 2017                   /s/ Paul L. Maloney
                                       Paul L. Maloney
                                       United States District Judge